

MAY 2 4 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. | § | |
| and DANNY GHILAIN TRUST, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF ESSEX INSURANCE COMPANY'S
## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Essex Insurance Company, Plaintiff, and pursuant to the Federal Rules of Civil Procedure, files its Certificate of Interested Parties in the above-styled case.

The following persons or firms may have a financial interest in the outcome of this case:

**Plaintiff:**            Essex Insurance Company

**Plaintiff's Counsel:**  James M. Tompkins
                          Federal ID No. 15800
                          State Bar No. 0785534
                          Mary Lou Mauro
                          Federal ID No. 29682
                          State Bar No. 13238520
                          GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
                          3555 Timmons Lane, Suite 1225
                          Houston, Texas 77027
                          (713) 599-0700
                          (713) 599-0777 - facsimile

**Defendant:**            Amberjack's Bar & Grill, Inc.
                          c/o Daniel B. Ghilain, Registered Agent
                          209 W. Whiting
                          South Padre Island, TX 78597

**Defendant's Counsel:**  Unknown

**Defendant:**              The Danny Ghilain Trust
                            209 W. Whiting
                            South Padre Island, TX 78597

**Defendant's Counsel:**    Unknown

                                          Respectfully submitted,

                                          /s/ James M. Tompkins
                                          James M. Tompkins (Attorney-in-Charge)
                                          Federal I.D. No. 15800
                                          State Bar No. 00785534
                                          Mary Lou Mauro
                                            Federal ID No. 29682
                                            State Bar No. 13238520

OF COUNSEL:

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, Texas 77027
(713) 599-0700
(713) 599-0777 – facsimile

ATTORNEYS FOR PLAINTIFF
ESSEX INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served on all parties by certified mail, return receipt requested on this 20th day of May, 2004.

Mary Lou Mauro

Amberjack's Bar & Grill, Inc.
c/o Daniel B. Ghilain, Registered Agent
209 W. Whiting
South Padre Island, Texas 78597
*-Via CM/RRR #7003 2260 0003 0881 6068*

The Danny Ghilain Trust
c/o Daniel B. Ghilain
209 W. Whiting
South Padre Island, Texas 78597
*-Via CM/RRR #7003 2260 0003 0881 6075*