IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ESSEX INSURANCE COMPANY | § |
| | § |
| VS. | § CIVIL ACTION NO. B-04-079 |
| | § |
| AMBERJACK'S BAR & GRILL, INC. | § |
| AND DANNY GHILAIN TRUST | § |

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, Defendants herein, and file this list of individual or entities having a financial interest in this litigation as directed by the Court's Order.

### Plaintiff:

ESSEX INSURANCE COMPANY

### Attorney in Charge:

Mr. James M. Tompkins
State Bar No. 00785534
Federal I.D. No. 15800
Ms. Mary Lou Mauro
State Bar No. 13238520
Federal I.D. No. 29682
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027
(713) 599-0700
(713) 599-0777 (Fax)

### Defendants:

AMBERJACK'S BAR & GRILL, INC.
209 W. Amberjack
South Padre Island, TX 78597

DANNY GHILAIN TRUST
209 W. Amberjack
South Padre Island, TX   78597

Daniel B. Ghilain
209 W. Amberjack
South Padre Island, TX   78597

Leeanne Ghilain
209 W. Amberjack
South Padre Island, TX   78597

**Attorney in Charge:**

Mr. Jeffrey D. Roerig
State Bar No. 17161700
Federal I.D. No. 1503
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, TX   78520
(956) 542-5666
(956) 542-0016 (Fax)

        Respectfully submitted,

        ROERIG, OLIVEIRA, & FISHER, L.L.P.
        855 W. Price Road, Suite 9
        Brownsville, Texas   78520
        (956) 542-5666
        (956) 542-0016 (Fax)

        BY: _____
              JEFFREY D. ROERIG
              Federal ID #1503
              State Bar #17161700
        ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Certificate of Interested Parties has been mailed, Certified Mail No. 7160 3901 9848 1268 3419, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

on this 26th day of May, 2004.

_____
JEFFREY D. ROERIG