ᒾ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. | § | |
| and DANNY GHILAIN TRUST, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF/COUNTER-DEFENDANT ESSEX INSURANCE COMPANY'S
ORIGINAL ANSWER TO
DEFENDANTS/COUNTER-PLAINTIFFS' COUNTER-CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff/Counter-Defendant Essex Insurance Company (hereinafter "Essex"), and files its Original Answer to Defendants/Counter-Plaintiffs Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust's (hereinafter "Amberjack's" and "Ghilain") Counter-Claim and would respectfully show the following:

**I.**

**ADMISSIONS AND DENIALS**

1.      Essex admits the factual allegations contained in paragraph 12; however, Essex denies that those facts are relevant to the issue before this Court.

2.      Essex admits that Amberjack's and Ghilain are represented by counsel in this action. Essex does not have information sufficient to admit or deny the existence or contents of any agreements between Amberjack's, Ghilain and their attorney. Essex denies the remaining allegations in paragraph 13 of Defendants' Original Answer and Counter-Claim.

3.      Essex denies the allegations contained in Amberjack's and Ghilain's Prayer in Defendants' Original Answer and Counter-Claim.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Counter-Defendant Essex Insurance Company prays that after all due proceedings, a judgment be entered rejecting all of the claims made by Defendants/Counter-Plaintiffs Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust and awarding Plaintiff/Counter-Defendant such other and further relief, both general and special, at law and in equity, to which the Plaintiff/Counter-Defendant may show itself justly entitled.

Respectfully submitted,

James M. Tompkins (Attorney-in-Charge)
  Federal I.D. No. 15800
  State Bar No. 00785534
Mary Lou Mauro
  Federal ID No. 29682
  State Bar No. 13238520

OF COUNSEL:

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, Texas 77027
(713) 599-0700
(713) 599-0777 – facsimile

ATTORNEYS FOR PLAINTIFF
ESSEX INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to the following known counsel of record via certified mail, return receipt requested, on this **10th day of June, 2004.**

Mary Lou Mauro

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, LLP
855 W. Price Road, Suite 9
Brownsville, TX 78520
*Via CM/RRR #7003 2260 0003 0881 6464*

3