

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. and DANNY GHILAIN TRUST, | § § § § | |
| *Defendants.* | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

1. **State when the parties conferred as required by Rule 26(f), and identify the counsel who conferred.**

    Mary Lou Mauro, counsel for Essex Insurance Company, and Jeffrey Roerig, counsel for Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust, have conferred via mail, and via telephone on August 4, 2004.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

    Cause No. 2004-01-536-E; *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain*; In the 357th Judicial District Court of Cameron County, Texas

3. **Briefly describe what this case is about.**

    This is a declaratory judgment action in which Essex Insurance Company seeks construction of a certain insurance policy issued to Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust in connection with claims asserted against Danny Ghilain and Leeanne Ghilain in the underlying case identified in section 2 above.

4. **Specify the allegation of federal jurisdiction.**

    This Court has jurisdiction pursuant to 28 U.S.C. § 2201, more particularly known as the Declaratory Judgments Act, and pursuant to 28 U.S.C. § 1332 due to Diversity of Citizenship of the parties. The matter in controversy exceeds $75,000 exclusive of interest and costs

5.  **Name the parties who disagree and the reasons.**

   None.

6.  **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None known.

7.  **List anticipated interventions.**

   Danny Ghilain, Individually and Leeanne Ghilain may intervene, if necessary.

8.  **Describe class-action issues.**

   Not applicable.

9.  **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   The parties will make the required Rule 26 Disclosures within 30 days of completion of the Court's Rule 16 Scheduling Conference set for August 20, 2004.

10. **Describe the proposed agreed discovery plan, including:**

   A.  **Responses to all the matters raised in Rule 26(f).**

      The parties agree to make the required disclosures.

   B.  **When and to whom the Plaintiff anticipates it may send Interrogatories.**

      To the extent necessary, Plaintiff may serve Interrogatories upon Defendants Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust, within 90 days.

   C.  **When and to whom the Defendant anticipates it may send Interrogatories.**

      To the extent necessary, Defendants may serve Interrogatories upon Plaintiff within 105 days.

   D.  **Of whom and by when the Plaintiff anticipates taking oral depositions.**

      Plaintiff may depose one or more of the Plaintiff or witnesses in the underlying case identified in section 2 above. Those depositions, if necessary, will be conducted within 90 days after the completion of the Court's Rule 16 Scheduling Conference.

E. **Of whom and by when the Defendant anticipates taking oral depositions.**

Defendants may depose the underlying Plaintiff or witnesses within the next 90 days.

F. **When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

To the extent necessary, Plaintiff should be able to designate experts and provide the required reports within 120 days of the Rule 16 Scheduling Conference. Defendants will designate appropriate experts 30 days after Plaintiff makes its designations.

G. **List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

To the extent necessary, Plaintiff may depose experts designated by Defendants within 60 days after Defendants designate such experts and tender the required reports.

H. **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

To the extent necessary, Defendants may depose experts designated by Plaintiff within 60 days after Plaintiff designates such experts and tenders the required reports.

11. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

Not applicable.

12. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

13. **State the date the planned discovery can reasonably be completed.**

March 20, 2005.

14. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

3

The parties have discussed resolution of this matter and believe that it is not feasible in light of the legal issues which must be decided by the Court. The parties discussed the possibility of submitting an agreed statement of facts and cross-motions for summary judgment.

15. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    See Response to No. 14 above.

16. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

    See Response to No. 14 above.

17. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties are opposed to trial by Magistrate Judge.

18. **State whether a jury demand has been made and if it was made on time.**

    Not applicable.

19. **Specify the number of hours it will take to present the evidence in this case.**

    This case likely will be decided on Cross-Motions for Summary Judgment; or, in the alternative, not more than 8 hours will be required to present evidence.

20. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    None.

21. **List other pending motions.**

    None at this time.

22. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    None known.

23. **Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.**

4

Plaintiff filed its Certificate of Interested Parties on or about May 24, 2004.
Defendants filed their Certificate of Interested Parties on or about May 26, 2004.

24. **List the names, bar numbers, addresses, telephone numbers, facsimile numbers, and electronic mail addresses of all counsel and *pro se* parties.**

*Counsel for Plaintiff, Essex Insurance Company*:
James M. Tompkins [Attorney-in-Charge]
  Federal ID No. 15800
  State Bar No. 00785534
  jtompkins@gjtbs.com
Mary Lou Mauro
  Federal ID No. 29682
  State Bar No. 13238520
  mmauro@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, Texas 77027
(713) 599-0700
(713) 599-0777 – facsimile


*Counsel for Defendants, Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust:*
Jeffrey D. Roerig
  Federal ID No. 1503
  State Bar No. 17161700
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
(956) 542-5666
(956) 542-0016 – facsimile

Respectfully submitted,

*James M. Tompkins* by pem-MM

James M. Tompkins
Attorney-in-Charge
  Federal I.D. 15800
  State Bar No. 00785534
Mary Lou Mauro
  Federal ID No. 29682
  State Bar No. 13238520
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, Texas 77027
(713) 599-0700
(713) 599-0777 – facsimile

ATTORNEYS FOR PLAINTIFF

-and-

*Jeffrey D. Roerig* by pem-MM

Jeffrey D. Roerig
  Federal ID No. 1503
  State Bar No. 17161700
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
(956) 542-5666
(956) 542-0016 – facsimile

ATTORNEYS FOR DEFENDANTS