United States District Court
Southern District of Texas
FILED

AUG 17 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

### DEFENDANTS' MOTION
### FOR LEAVE TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, and file this Motion for Leave to Appear for Attorney in Charge, and would show the Court as follows:

**I.**

Due to a health problem that has arisen with regard to Defendants' Counsel, JEFFREY D. ROERIG, Defendants would respectfully request that RICARDO MORADO, of the Law Firm of Roerig, Oliveira & Fisher, L.L.P., be granted leave to appear for JEFFREY D. ROERIG at the Initial Pre-Trial Conference scheduled in this case on August 20, 2004, at 9:30 a.m.

**II.**

RICARDO MORADO, of the law firm of ROERIG, OLIVEIRA & FISHER, L.L.P., hereby enters his appearance as additional counsel for Defendants in this case.

### III.

Counsel for Plaintiff has been advised of the filing of this Motion and has no objection to the granting of said Motion for Leave.

WHEREFORE, Movants request that the Court grant this motion and pray for general relief.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

By _____
JEFFREY D. ROERIG
State Bar No. 17161700
Federal ID No. 1503

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

By _____
RICARDO MORADO
State Bar No. 14417250
Federal ID No. 1213

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded via facsimile to (713) 599-0777, and mailed First Class Mail to the Attorney for Plaintiff, as follows:

> Mr. James M. Tompkins
> Ms. Mary Lou Mauro
> GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
> 3555 Timmons Lane, Suite 1225
> Houston, TX   77027

on this the 17th day of August, 2004.

_____
RICARDO MORADO

## CERTIFICATE OF CONSULTATION

I certify that Attorneys of Record were consulted with on the 17th day of August, 2004, regarding the merits of the above motion. They are in agreement to the granting of Defendants' Motion for Leave to Appear for Attorney in Charge.

_____
RICARDO MORADO