IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. | § | |
| AND DANNY GHILAIN TRUST | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO APPEAR AS ADDITIONAL COUNSEL

On this day the Court considered the Motion of Defendants, AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, for Attorney, RICARDO MORADO, to appear as additional counsel.

The court finds that said motion should be granted and hereby orders that RICARDO MORADO shall be allowed to enter his appearance as additional counsel for AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, for the purpose of attending the Initial Pre-Trial Conference in the above entitled and numbered case.

SIGNED FOR ENTRY this ___19th___ day of August, 2004, at Brownsville, Texas.

_____
JUDGE PRESIDING

Order Granting Defendants' Motion for Leave to Appear for Attorney in Charge - Solo Page
rom\orders\24247.app