United States District Court
Southern District of Texas
FILED

AUG 2 0 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

CIVIL ACTION NO. __B-04-079__   DATE & TIME: __8/20/04 @ 9:29 - 9:40 am__

COUNSEL:

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | Mary Lou Mauro |
| VS | § | |
| AMBERJACK'S BAR & GRILL, INC., ET AL | § | Jeff Roerig |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket.  Mary Lou Mauro appeared for the Plaintiff. Jeff Roerig appeared for the Defendants.

Discussion had.  Trial before the Court. ETT: 2 days

The following deadlines set by the Court:

   Final Pretrial Conference is set for 1:30 p.m. in March, 2005.
   Joint Pretrial Order is due on 2/11/05
   Discovery completed by 12/17/04
   Dispositive motions filed by 11/26/04
   Replies be filed by 12/17/04
   Non-Dispositive motions be filed by 2/11/05
    Plaintiff is granted leave to intervene.  New parties added by 9/24/04
   Plaintiff's experts named by 10/22/04
   Defendant's experts named by 11/19/04
   New parties joined 9/24/04

Any of the above dates can by changed by agreement of counsel, with the exception of Final Pretrial Conference and Joint Pretrial Order dates and Non-Dispositive motions due date.  Court to be notified by letter of any changes.

Court is adjourned.