IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District C...
Southern District of Te:.
FILED
AUG 2 0 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC., ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.      ■ Bench    ☐ Jury

2. New parties must be joined by:                                September 24, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   October 22, 2004

4. The defendant's experts must be named with a report furnished by:   November 19, 2004

5. Discovery must be completed by:                               December 17, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                         November 26, 2004
    Replies will be filed by:                                    December 17, 2004

   Non-Dispositive Motions will be filed by:                     February 11, 2005

************************  The Court will provide these dates.  ************************

7. Joint pretrial order is due:                                  February 11, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:            March, 20005

The case will remain on standby until tried.

Signed this the __20th__ day of __August__, 2004.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**