IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. | § | |
| and DANNY GHILAIN TRUST, | § | |
| *Defendants.* | § | |

*United States District Court*
*Southern District of Texas*
*FILED*

SEP 21 2004

Michael N. Milby
Clerk of Court

## NOTICE OF SERVING RULE 26(a) DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Essex Insurance Company, Plaintiff in the above-styled and numbered cause, and notifies the Court that it served *Plaintiff Essex Insurance Company's Rule 26(a) Disclosures* on all counsel of record on this **17th day of September, 2004**.

Respectfully submitted,

*[signature]*
James M. Tompkins (Attorney-in-Charge)
Federal I.D. No. 15800
State Bar No. 00785534
Mary Lou Mauro
Federal ID No. 29682
State Bar No. 13238520

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, Texas 77027
(713) 599-0700
(713) 599-0777 – facsimile

ATTORNEYS FOR PLAINTIFF
ESSEX INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing pleading was served on all parties by certified mail, return receipt requested on this **17th day of September, 2004.**

                                                   Mary Lou Mauro

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, LLP
855 W. Price Road, Suite 9
Brownsville, Texas 78520
*-Via CM/RRR #7003 0500 0004 9371 2191*