United States District Court
Southern District of Texas
FILED

SEP 2 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § § | |

## DEFENDANTS' NOTICE OF SERVING RULE 26 INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, Defendants herein, and notify the Court that they served their Initial Disclosures on the Counsel for Plaintiff on this the 22nd day of September, 2004.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Rule 26 Initial Disclosures has been mailed, Certified Mail No. 7160 3901 9848 1269 8369, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX  77027

on this 22nd day of September, 2004.

_____
JEFFREY D. ROERIG