IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § § | |

### INTERVENORS' ORIGINAL PETITION IN INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

Intervenors, DANNY GHILAIN and LEEANNE GHILAIN, pursuant to the Court's oral Order Granting Leave for Intervention, file this their Original Petition in Intervention complaining of ESSEX INSURANCE COMPANY, Defendant in Intervention, and would show the Court the following:

1.

Intervenors are additional-named insureds under the Essex Insurance Company policy issued to Defendants, Amberjack's Bar & Grill, Inc., and Danny Ghilain Trust. Intervenors are the named Defendants in the underlying case of *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain*, pending in the 357th Judicial District Court of Cameron County, Texas, being Cause No. 2004-01-536-E. Intervenors have requested defense under the policy with Essex Insurance Company with respect to the lawsuit filed against them, but Essex Insurance Company has refused to provide a defense or acknowledge coverage for any or all of the allegations in the *Lemmons* lawsuit.

2.

On May 12, 2004, in the above underlying case, Judy Lemmons filed her First Amended Petition. That Petition has been attached to prior pleadings to this lawsuit. That Petition states that the acts alleged occurred during the policy period with Essex Insurance

Company. The alleged dates are after the end of the employment relationship between Plaintiff in the underlying lawsuit, Judy Lemmons, and Amberjack's Bar & Grill, Inc. Plaintiff in the underlying case, Judy Lemmons, was not an employee of the Intervenors in their individual capacities at any time.

### 3.

Intervenors have been forced to retain the firm of Roerig, Oliveira & Fisher, L.L.P., to represent them in this intervention, and have agreed to pay the firm reasonable and necessary attorney's fees. An award of reasonable and necessary attorney's fees to Intervenors would be equitable and just.

### PRAYER

WHEREFORE, premises considered, these Intervenors pray that they have Judgment as follows:

a. Declaration that the policy of insurance attached as Exhibit "B" to Plaintiff's Complaint for Declaratory Relief provides coverage for and the duty to defend Daniel B. Ghilain and Leeanne Ghilain in the underlying lawsuit styled *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain*, pending in the 357th Judicial District Court of Cameron County, Texas, being Cause No. 2004-01-536-E.

b. Awarding Defendants their reasonable and necessary attorney's fees and costs of court in defending this suit.

c. Such other and further relief, both special and general, at law and in equity, to which these Defendants may be entitled.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Intervenors' Original Petition in Intervention has been mailed, Certified Mail No. 7160 3901 9848 1269 8376, Return Receipt Requested, to the Attorney for Defendant in Intervention, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

on this 24th day of September, 2004.

_____
JEFFREY D. ROERIG