IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. | § | |
| and DANNY GHILAIN TRUST, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT IN INTERVENTION ESSEX INSURANCE COMPANY'S
ORIGINAL ANSWER TO DANNY GHILAIN AND LEEANNE GHILAIN'S
<u>ORIGINAL PETITION IN INTERVENTION</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant in Intervention Essex Insurance Company (hereinafter "Essex"), and files its Original Answer to Danny Ghilain and Leeanne Ghilain's Original Petition in Intervention, and would respectfully show the following:

**I.**

<u>**ADMISSIONS AND DENIALS**</u>

1. Essex denies the factual allegations contained in paragraph 1.

2. Essex denies the factual allegations contained paragraph 2.

3. Essex admits that the Ghilains are represented by counsel in this action. Essex does not have information sufficient to admit or deny the existence or contents of any agreements between the Ghilains and their attorney. Essex denies the remaining allegations in paragraph 3 of Intervenors' Original Petition in Intervention.

4. Essex denies the allegations contained in the Prayer in Intervenors' Original Petition in Intervention.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant in Intervention Essex Insurance Company prays that after all due proceedings, a judgment be entered rejecting all of the claims made by Intervenors Danny Ghilain and Leeanne Ghilain and awarding Essex Insurance Company such other and further relief, both general and special, at law and in equity, to which Essex Insurance Company may show itself justly entitled.

Respectfully submitted,

James M. Tompkins (Attorney-in-Charge)
Federal I.D. No. 15800
State Bar No. 00785534
Mary Lou Mauro
Federal ID No. 29682
State Bar No. 13238520

OF COUNSEL:

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, Texas 77027
(713) 599-0700
(713) 599-0777 – facsimile

ATTORNEYS FOR DEFENDANT IN
INTERVENTION ESSEX INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to the following known counsel of record via certified mail, return receipt requested, on this **4th day of October, 2004.**

Mary Lou Mauro

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, LLP
855 W. Price Road, Suite 9
Brownsville, TX 78520
*Via CM/RRR #7003 0500 0004 9371 2474*