**CERTIFIED COPY**

FILED _____ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

JAN 3 0 2004

District Court of Cameron County, Texas
_____ DEPUTY

2004-01-536-E

| | | |
|---|---|---|
| JUDY LEMMONS | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| | § | |
| | § | |
| | § | 357th JUDICIAL DISTRICT |
| VS | § | |
| | § | |
| | § | |
| DANIEL B. GHILAIN | § | |
| LEEANNE GHILAIN | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE COURT

NOW COMES Plaintiff JUDY LEMMONS and files this **PLAINTIFFS' ORIGINAL PETITION** complaining of DANIEL B. GHILAIN AND LEEANNNE GHILAIN Defendants and for cause of action Plaintiff would show:

**I.**

Plaintiff Judy Lemmons is a resident of Cameron County, Texas; Defendants Ghilain are residents of Cameron County, Texas residing on South Padre Island and may be reached for service at 209 West Amberjack, South Padre Island, Cameron County, Texas. Plaintiff alleges discovery shall be conducted under Level 3, Rule 190.4, Texas Rules of Civil Procedure.

**II.**

Plaintiff alleges that Defendants Ghilain have stated to third parties that Plaintiff has "embezzled quite a lot of money to the tune of $200,000.00 from Amberjacks". The statement by itself is **slander per se** as it directly or by innuendo accuses the Plaintiff of criminal acts. The statements made by Defendants are statutory slander because they tend to injure Plaintiffs' reputation and expose Plaintiff to public hatred, contempt, ridicule, and financial injury and impeach the honesty and integrity of the Plaintiff.

**IV.**

Defendants Ghilain published the defamatory statements set out above to third parties within the business community of South Padre Island, Texas and others unknown to Plaintiff. The persons who overheard the statements understood the statement to be defamatory in the manner described above. Furthermore the persons who heard the statements understood that they referred directly to the Plaintiff. Plaintiff seeks damages in the amount of Two Million Dollars ($2,000,000.00).

**EXHIBIT**

B

CERTIFIED COPY

## V.

The defamatory statements set forth above are false. The truth is that Defendants purchased Plaintiff's interest from a partnership and ownership in the restaurant "Amberjacks". Plaintiff was the in-house bookkeeper and maintained the accounts payables, accounts receivable, marketing payroll and group sales for the partnership, Amberjacks Bar and Grill, Inc. Defendant LeeAnn Ghilain disliked Plaintiff personally and refused to speak to Plaintiff and wished to discredit Plaintiff. Plaintiff believes that Defendant harbored ill feelings for Plaintiff for several years before Plaintiff's interest was purchased.

## IV.

The Defendant's publication of the defamatory statements are not privileged and Defendant has published the defamatory statement with malice and substantial grounds for knowing that they are false and with reckless disregard to whether the statements were true or false. Plaintiff requests punitive damages in an amount in excess of the jurisdictional limits of the court.    Plaintiff further requests the issuance of a permanent injunction enjoining the Defendants from slandering the Plaintiff in the future.

WHEREFORE PREMISES considered Plaintiff request that Defendants be cited to appear and that upon hearing hereof that Plaintiff have judgment against the Defendants jointly and severally, for damages in the amount of Two Million ($2,000.000.00), punitive damages, the issuance of a permanent injunction, prejudgment interest, post judgment interest, costs of court and general relief.

RESPECTFULLY SUBMITTED,

R.W. Armstrong
Attorney At Law
2600 Old Alice Road Ste A
Brownsville Texas 78521
(956) 546 5556
(956) 546 0470 fax
Texas Bar Number 01323500

_____
R.W. Armstrong

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS

NOV 2 2 2004

BY_____
DEPUTY

RWA/BURGESS-ARMSTRONG/PLAINTIFF ORIGINAL PETITION/AMEND 20 SEPT 2002