IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § § | |
| *Plaintiff,* | § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. and DANNY GHILAIN TRUST, | § § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

The Court has considered the Motion for Summary Judgment filed on behalf of Plaintiff, Essex Insurance Company, along with the response, if any, of Defendants and Intervenors and, as applicable, arguments of counsel. Having done so, the Court finds that the Motion is meritorious and grants the requested relief. It is, therefore,

ORDERED that summary judgment hereby is entered in favor of Essex Insurance Company and against Amberjack's Bar & Grill, Inc., Danny Ghilain Trust, Daniel B. Ghilain and Leeanne Ghilain. The Court finds that the allegations asserted by Plaintiff in the underlying case, styled *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain*, currently pending in the 357th Judicial District Court in Cameron County, Texas, Cause Number 2004-01-00536-E, are not covered by the insurance policy issued by Essex to Amberjack's Bar & Grill, Inc. and Daniel B. Ghilan [*sic*] Trust. Specifically, the Court finds that the underlying allegations are not covered by Policy No. 3CD8594 as described in the Combination General Endorsement, excluding employment practices. Therefore, in light of the clear and unambiguous terms and conditions of the employment practices endorsement contained within the subject policy, the Court finds that Essex has no duty to defend and/or indemnify Amberjack's Bar & Grill, Inc.,

Danny Ghilain Trust, Daniel B. Ghilain or Leeanne Ghilain, or any other entity or persons in the underlying lawsuit.

_____
UNITED STATES DISTRICT COURT JUDGE