United ... t Court
South... i Texas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

DEC 0 3 2004

Mich... ... Milby,
Clerk of Court

| | | |
|---|---|---|
| **ESSEX INSURANCE COMPANY** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-04-079** |
| | § | |
| **AMBERJACK'S BAR & GRILL, INC.** | § | |
| **AND DANNY GHILAIN TRUST** | § | |

**DEFENDANTS AND INTERVENORS' MOTION TO ALLOW FILING OF**
**MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, Defendants herein, and DANNY GHILAIN and LEEANNE GHILAIN, Intervenors, and file this their Motion to Allow Filing of their Motion for Summary Judgment and as grounds therefor would show the Court the following:

**I.**

On August 20, 2004, this Court entered its Scheduling Order requiring Dispositive Motions to be filed by November 26, 2004. The undersigned Attorney in Charge for the Defendants and Intervenors started a trial on November 15, 2004, in the case of *Microtherm, Inc., Mavid Maquilador, S.A. v. Triquest-Puget Plastics, L.L.C., et al.,* under Cause No. 2002-03-000933-E, in the 357th Judicial District Court of Cameron County, Texas. That trial is still in progress.

**II.**

Although the Court's Order regarding the deadline for dispositive motions was duly noted on this attorney's calendar, the attorney failed to file the Motion for Summary Judgment on the appointed day because of the confluence of that continuing trial and the Thanksgiving holidays.

rom\motions\24247.allowmsj

MOTION TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT - Page 1

### III.

This is a case involving a Declaratory Judgment on a duty to defend and indemnify under an insurance policy. It is governed by the eight-corners rule, so there is no necessity for discovery or a bench trial. If the Court will allow the attached Summary Judgment by the Defendants and Intervenors to be filed, the case will be decided one way or the other on the Plaintiff's Motion and the attached Motion.

### IV.

Defendants and Intervenors are willing to allow Plaintiff additional time to respond to their Motion for Summary Judgment. Defendants and Intervenors are willing to make any other accommodations necessary for the Court to fairly consider this matter on the summary judgment record, which is properly identified in the Plaintiff's Motion for Summary Judgment.

WHEREFORE, Defendants and Intervenors request that the Court allow the filing of the attached Motion for Summary Judgment, and adjust the Plaintiff's response time accordingly.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
    JEFFREY D. ROERIG
    Federal ID #1503
    State Bar #17161700
ATTORNEY FOR DEFENDANTS
AND INTERVENORS

MOTION TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT - Page 2

## CERTIFICATE OF CONSULTATION

I, Jeffrey Roerig, certify that Counsel for Plaintiff was contacted by phone on the 30th day of November, 2004, the 1st day of December, 2004, and the 3rd day of December, 2004, regarding the merits of the above motion. Plaintiff's counsel has not indicated whether Plaintiff is opposed or unopposed to the granting of Defendants and Intervenors' Motion to Allow Filing of Motion for Summary Judgment.

JEFFREY D. ROERIG

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail No. 7160 3901 9848 1269 7584, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

on this 3rd day of December, 2004.

JEFFREY D. ROERIG