IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

### ORDER SETTING HEARING ON DEFENDANTS' AND INTERVENORS' MOTION FOR SUMMARY JUDGMENT

On this day came on to be considered Defendants and Intervenors' Motion for Summary Judgment, and the Court is of the opinion that said motion should be heard.

IT IS THEREFORE ORDERED that Defendants and Intervenors' Motion for Summary Judgment be set for hearing on the _____ day of _____, 200__, at _____ o'clock _____.m.

SIGNED for Entry this _____ day of _____, 200__, at Brownsville, Texas.

_____
JUDGE PRESIDING