IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

## ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR SUMMARY JUDGMENT

The Court has considered the Motion for Summary Judgment filed on behalf of Defendants, AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, and Intervenors, DANNY GHILAIN and LEEANNE GHILAIN, along with the response, if any, of Plaintiff and, as applicable, arguments of counsel. Having done so, the court finds that the Motion of Defendants and Intervenors is meritorious and grants the requested relief. It is, THEREFORE,

ORDERED that summary judgment is hereby entered in favor of Defendants, AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, and Intervenors, DANNY GHILAIN and LEEANNE GHILAIN. The Court finds that the allegations asserted by Plaintiff in the underlying case, being Cause No. 2004-01-00536-E, *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain,* in the 357th Judicial District Court of Cameron County, Texas, give rise to a duty to defend under the insurance policy issued by Essex to Amberjack's Bar & Grill, Inc., and Daniel B. Gilain [sic] Trust.

It is THEREFORE, ORDERED that ESSEX INSURANCE COMPANY provide a defense to DANIEL B. GHILAIN and LEEANNE GHILAIN, in the case of *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain,* which is Cause No. 2004-01-00536-E, in the 357th Judicial District Court of Cameron County, Texas.

IT IS FURTHER ORDERED THAT ESSEX INSURANCE COMPANY pay to DANIEL B. GHILAIN and LEEANNE GHILAIN, all sums which they have heretofore expended in their own defense in that underlying lawsuit.

The Court finds that there are issues that preclude a Declaratory Judgment in favor of DANIEL GHILAIN and LEEANNE GHILAIN regarding the indemnity duties of ESSEX INSURANCE COMPANY in the underlying lawsuit at this time.

IT IS, THEREFORE, ORDERED that those portions of Intervenors' Original Petition in Intervention and Defendant's Original Answer and Counter-Claim for Declaratory Judgment, that seek a Declaratory Judgment on the issue of indemnity are dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff, ESSEX INSURANCE COMPANY, pay Defendants and Intervenors' attorney's fees reasonably incurred in this proceeding. If the parties do not agree on the amount of those reasonable attorney's fees, the Court will hold a further hearing to make findings and make orders in that regard.

SIGNED FOR ENTRY this ____ day of December, 2004, at Brownsville, Texas.

_____
JUDGE PRESIDING