## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig+♦
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

Allena L. Cano*

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization
♦Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

December 6, 2004

File No.:
24,247

United States District Court
Southern District of Texas
FILED

DEC 0 7 2004

Michael N. Milby
Clerk of Court

Mr. Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison
Brownsville, Texas 78520

Re:   Civil Action No. B-04-079
      *Essex Insurance Company v. Amberjack's Bar & Grill, Inc.
      and Danny Ghilain Trust*

Dear Mr. Milby:

In reference to Defendants and Intervenors' Motion to Allow Filing of Motion for Summary Judgment (with attached Motion for Summary Judgment), filed with the Court on December 3, 2004, we were contacted by Plaintiff's Counsel this morning and advised that Plaintiff is not opposed to the Motion to Allow Filing of Defendants and Intervenors' Motion for Summary Judgment.

Thank you for your attention to this matter.

Very truly yours,

ROERIG, OLIVEIRA & FISHER, L.L.P.

By /s/ Jeffrey D. Roerig

JDR/rom
Enclosures
cc:   Mr. James M. Tompkins
      Ms. Mary Lou Mauro       - Via Facsimile

```
* * *  COMMUNICATION RESULT REPORT ( DEC. 7.2004  8:17AM )  * * *
                                                      TTI   ROERIG OLIVEIRA FISH

FILE MODE        OPTION            ADDRESS (GROUP)          RESULT         PAGE
-----------------------------------------------------------------------------------
937  MEMORY TX                     17135990777              OK             P. 2/2

REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL            E-2) BUSY
     E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-5141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval†
Lucila Alvarado*
Jesus Quesada, Jr.
Adrian R. Martinez*
Lisa M. Vasquez*

Allona L. Cano*

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization
*Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

File No.:
**24,247**

## FAX COVER SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Important: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jeffrey D. Roerig†• <br> Rene O. Oliveira <br> W. Michael Fisher <br> Ricardo Morado <br> Crisanta Guerra Lozano <br> Elizabeth G. Neally <br> Victor V. Vicinaiz•† <br> David G. Oliveira | Cameron County Office <br> 855 West Price Road - Suite 9 <br> Brownsville, Texas 78520-8786 <br> Tel. 956 542-5666   Fax 956 542-0016 <br><br> *Hidalgo County Office <br> 506 East Dove <br> McAllen, Texas 78504 <br> Tel. 956 631-8049   Fax 956 631-8141 | Adolph Guerra, Jr.† <br> D. Alan Erwin, Jr. <br> Michael A. Zanca• <br> Rosemary Conrad-Sandoval• <br> Lucila Alvarado• <br> Jesus Quezada, Jr. <br> Adrian R. Martinez• <br> Liza M. Vasquez• <br><br> Allena L. Cano• |

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

•Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

File No.:
**24,247**

## FAX COVER SHEET

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Important:  This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service.  Thank you!

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Please deliver the following pages to:**

**Name:**           James M. Tompkins/Mary Lou Mauro

**Telecopy Number(s):**    (713) 599-0777

**From:**           Jeffrey D. Roerig

**Re:**             Civil Action No. B-04-079
                    *Essex Insurance Company v. Amberjack's, et al.*

**Total Number of Pages (including Cover Sheet):  2**

**Date:**    December 6, 2004        **Sent by: rom**        **Time Sent:** _____ P.M.

**MESSAGE:**   Copy of Correspondence to the Court dated December 6, 2004.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.**