United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

### ORDER GRANTING DEFENDANTS AND INTERVENORS' MOTION TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT

The Court has considered Defendants and Intervenors' Motion to Allow Filing of their Motion for Summary Judgment in the above-styled and numbered Civil Action. Having done so, the court finds that the Motion of Defendants and Intervenors is meritorious and grants the requested relief. It is, THEREFORE,

ORDERED that Defendants, AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, and Intervenors, DANNY GHILAIN and LEEANNE GHILAIN, are hereby allowed leave to file their Motion for Summary Judgment in this case.

The Clerk is instructed to file of record with this Court the Motion for Summary Judgment, which is attached to Defendants and Intervenors' Motion for Allowing Filing of their Motion.

SIGNED FOR ENTRY this 8th day of December, 2004, at Brownsville, Texas.

JUDGE PRESIDING