IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

### ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Court has considered the Motion for Summary Judgment filed on behalf of Plaintiff, ESSEX INSURANCE COMPANY, along with the response, if any, of Defendants and Intervenors and, as applicable, arguments of counsel. Having done so, the court finds that the Motion of Plaintiff has no merit and denies the requested relief. It is, THEREFORE,

ORDERED that the Motion for Summary Judgment filed herein by Plaintiff, ESSEX INSURANCE COMPANY is hereby DENIED. The Court finds that the allegations asserted by Plaintiff in the underlying case, being Cause No. 2004-01-00536-E, *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain,* in the 357th Judicial District Court of Cameron County, Texas, give rise to a duty to defend under the insurance policy issued by Essex to Amberjack's Bar & Grill, Inc., and Daniel B. Gilain [sic] Trust.

It is THEREFORE, ORDERED that ESSEX INSURANCE COMPANY provide a defense to DANIEL B. GHILAIN and LEEANNE GHILAIN, in the case of *Judy Lemmons v. Daniel B. Ghilain and Leeanne Ghilain,* which is Cause No. 2004-01-00536-E, in the 357th Judicial District Court of Cameron County, Texas.

SIGNED FOR ENTRY this ____ day of _____, 200___, at Brownsville, Texas.

_____
JUDGE PRESIDING