IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. and DANNY GHILAIN TRUST, | § § § § | |
| *Defendants.* | § | |

**PLAINTIFF ESSEX INSURANCE COMPANY'S
RESPONSE TO DEFENDANTS AND INTERVENORS'
MOTION FOR SUMMARY JUDGMENT**

**CASE CITATIONS – TABLE OF CONTENTS**

1.  *Waffle House, Inc. v. The Travelers Indemnity Co.*, 114 S.W.3d 601 (Tex.App.-Ft. Worth, 2003) (pet. denied)

2.  *State Farm v. Maldonado*, 935 S.W.2d 805, 811 (Tex.App.—San Antonio 1996) (reh'g overruled)

3.  *Potomac Ins. v. Peppers*, 890 F.Supp. 634, 645 (U.S.D.C., Sou. Dist., Houston 1995)

4.  *Houston Petroleum Company v. Highlands Ins. Co.*, 830 S.W.2d 153, 155 (Tex.App.—Houston [1st Dist.] 1991)

5.  *Holmes v. Employers Casualty Co.*, 699 S.W.2d 339, 340-341 (Tex.App.—Houston [1st Dist.] 1985, writ ref'd n.r.e.)