UNITED STATES DISTRICT COURT
For the Southern District of Texas

Essex Insurance Company

                Plaintiff

v.                                     Case No.: 1:04−cv−00079
                                         Judge Andrew S. Hanen

Amberjack's Bar & Grill, Inc.
Danny Ghilain Trust , et al.

                Defendant

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**   3/1/05

**TIME:**   01:30 PM

**TYPE OF PROCEEDING:**   Final Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   December 29, 2004

                                                              Michael N. Milby, Clerk