IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE CO., <br> Plaintiff, | § § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-04-79 |
| AMBERJACK'S BAR & GRILL, et al. <br> Defendants. | § § | |
| | | |
| CENTURY SURETY COMPANY, <br> Plaintiff, | § § § | |
| vs. | § § § | CIVIL ACTION NO. B-04-172 |
| DANIEL GHILAIN, <br> LEEANNE GHILIAN, et al. <br> Defendants. | § § § | |

## ORDER

Pursuant to Fed. R. Civ. P. 42, and in the interest of judicial economy, this Court **CONSOLIDATES** civil case number B-04-172 with civil action B-04-79 since there are common questions of law and fact. It is further ordered that any additional pleadings in this matter be referred to Magistrate Judge John William Black and styled as civil action number B-04-79.

The district clerk is hereby ordered to transfer all the pleadings in case number B-04-172 to case number B-04-79.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 13th day of January, 2005.

John Wm. Black
United States Magistrate Judge