IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESSEX INSURANCE CO., Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. B-04-79 |
| AMBERJACK'S BAR & GRILL, et al. Defendants. | § § § § | |
| | | |
| CENTURY SURETY COMPANY, Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. B-04-172 |
| DANIEL GHILAIN, LEEANNE GHILIAN, et al. Defendants. | § § § § | |

## SCHEDULING ORDER

On January 13, 2005, the Court entered an order consolidating the above referenced cases.

The following scheduling order is now entered:

1. All dispositive motions and briefs are to be filed on or before March 4, 2005.
2. All responses are to be filed on or before April 22, 2005.

The parties are encouraged to file brief briefs. Extensive discussion of the cases cited is discouraged. The court will read all cases cited, therefore string citations are discouraged.

DONE at Brownsville, Texas, this 14th day of January, 2005.

John Wm. Black
United States Magistrate Judge