UNITED STATES DISTRICT COURT
For the Southern District of Texas

Essex Insurance Company

                            Plaintiff

v.                                                         Case No.: 1:04−cv−00079
                                                              Judge Andrew S. Hanen

Amberjack's Bar & Grill, Inc., et al.

                            Defendant

---

**NOTICE OF RESETTING**

      TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**     4/5/05

**TIME:**     01:30 PM

**TYPE OF PROCEEDING:**     Final Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    January 25, 2005

                                                                                          Michael N. Milby, Clerk