# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

**JAMES M. TOMPKINS**
Director
Attorney/Mediator

jtompkins@gjtbs.com

Licensed in Texas, Louisiana,
and Washington, D.C.

3555 TIMMONS LANE
SUITE 1225
HOUSTON, TEXAS 77027
TELEPHONE (713) 599-0700
TELECOPY (713)599-0777

www.gjtbs.com

Please Reply to the Houston Office

*REGIONAL OFFICES:*

ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4040
NEW ORLEANS, LOUISIANA 70139-4003
TELEPHONE (504) 525-6802
TELECOPY (504) 525-2456

1101 GULF BREEZE PARKWAY, SUITE 2
GULF BREEZE, FLORIDA 32561
TELEPHONE (850) 934-3800
TELECOPY (850) 934-3848

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 3 1 2005

MICHAEL N. MILBY, CLERK OF COURT

January 27, 2005

Mr. Michael Milby
United States District Clerk
515 Rusk
Houston, Texas 77002

4:04-cv-1933        1:04-cv-79
                    3:04-cv-55
4:04-cv-2887        3:04-cv-346

Re: Vacation Letter for James M. Tompkins, Bar No. 00785534

3:04-cv-405
3:04-cv-479
3:04-cv-548

Dear Mr. Milby:

This will serve to advise you that I have scheduled my vacation from May 9, 2005 through May 13, 2005 and August 11, 2005 through August 31, 2005. I ask that you do not schedule any trials or hearings during that period in which I am counsel of record. Please file stamp this correspondence and return a copy to the undersigned in the enclosed, self-addressed stamped envelope provided for your convenience.

3:04-cv-571
3:04-cv-573
3:04-cv-593
3:04-cv-607

If you need any additional information, please do not hesitate to contact me.
Thank you for your courtesy in this matter.

3:04-cv-657
6:04-cv-81

Respectfully,

*[signature]*

James M. Tompkins