United States District Court
Southern District of Texas
FILED

FEB 0 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-04-172 |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § § § | |

## MOTION FOR EXTENSION OF DEADLINES SET OUT IN THE RULE 16 SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW AMBERJACK'S BAR & GRILL, INC., DANNY GHILAIN TRUST, DANIEL B. GHILAIN AND LEEANNE GHILAIN, Defendants in the above-styled and numbered consolidated causes of action, and file this Motion for Extension of Deadlines in the Court's Rule 16 Scheduling Order, and in support thereof would respectfully show as follows:

I.

The Court's original Rule 16 Scheduling Order in the original "Essex" case calls for a Non-Dispositive Motion deadline and Joint Pre-Trial Order to be due on February 11, 2005. However, on January 13, 2005, the Court ordered the above two cases to be

under Civil Action No. B-04-079, since there are common questions of law and fact.

## II.

The parties to the "Century" portion of the consolidated case have not had an opportunity to file their dispositive Motions. The Original Answer in that case was filed on December 28, 2004. By Scheduling Order dated January 14, 2005, the Court has set a dispositive motions deadline for March 4, 2005, with all responses to be filed on or before April 22, 2005. For the reasons set out below, Defendants request that these dates be treated as governing only Century and the Ghilains' portion of the case. Defendants request that all other deadlines in the Court's original Scheduling Order be extended.

## III.

The parties would request that the Court take into account, when extending the deadlines in the Court's Scheduling Order, that Mary Lou Mauro of Galloway, Johnson, Tompkins, Burr and Smith, Counsel for Defendant, Essex Insurance Company, is getting married on April 1, 2005, and will out-of-town until the last week of April, 2005. Counsel of record for all parties have no objection to the extension of the "Essex" deadlines until after that date.

## VI.

This Motion is not made solely for delay. This Defendant feels that the interests of justice will be furthered by the Court granting additional time.

WHEREFORE, the Defendants pray that this Court enter an order granting an extension of deadlines in this case.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas  78520
(956) 542-5666
(956) 542-0016 (Fax)

_____
JEFFREY D. ROERIG
State Bar No. 17161700
Federal ID No. 1503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been hand delivered to the Attorneys of Record, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX  77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX  78232

on this __8__ day of February, 2005.

_____
JEFFREY D. ROERIG

rom\motions\24247.extend

**MOTION FOR EXTENSION OF DEADLINES** - Page 3

## CERTIFICATE OF CONSULTATION

I, Jeffrey D. Roerig, certify that all Counsel of Record were contacted in person on the 7th day of February, 2005, and consulted with regarding the merits of the above motion.

Ms. Mary Lou Mauro, Attorney for Plaintiff, Essex Insurance Company, is unopposed to the granting of the Motion for Extension of Deadlines.

Mr. Wm. David Farmer, Attorney for Plaintiff, Century Surety Company, is unopposed to the granting of the Motion for Extension of Deadlines.

_____
JEFFREY D. ROERIG