IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-172 |
| | § | |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DEADLINES

On this the _____ day of February, 2005, came on to be considered the Defendants' Motion for Extension of Deadlines in the Rule 16 Scheduling Order and, after reviewing the pleadings, it appears to the Court that the motion should be GRANTED;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants Motion for Extension of Deadlines set out in the Rule 16 Scheduling Order is hereby GRANTED.

IT IS FURTHER ORDERED that Century Surety Company and the Ghilain Defendants will file dispositive motions by March 4, 2005, and replies to these motions by April 22, 2005.

IT IS FURTHER ORDERED that the Essex Insurance Company will file dispositive motions regarding the Century Surety Company claim by May ____, 2005, and will file replies to dispositive Motions by May ____, 2005.

The Court will issue a new scheduling order providing other new deadlines.

SIGNED this ____ day of February, 2005.

_____
JUDGE PRESIDING

Copies to:

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L L.P
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Mr James M Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER PICKERING & HOUSE, P C
411 Heimer Road
San Antonio, TX 78232