IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-172 |
| | § | |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § | |

## ORDER SETTING HEARING ON
## DEFENDANT'S MOTION FOR EXTENSION OF DEADLINES

Defendants' Motion for Extension of Deadlines in the Rule 16 Scheduling Order having been presented to me, the same is hereby set for hearing on the _____ day of February, 2005, at ___ o'clock _.m. in the courtroom of the United States District Court, Southern Division, McAllen, Texas.

SIGNED this ____ day of February, 2005.

_____
JUDGE PRESIDING

Copies to

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Mr James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER PICKERING & HOUSE, P C
411 Heimer Road
San Antonio, TX 78232