United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-172 |
| | § | |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § | |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DEADLINES

On this the 14th day of February, 2005, came on to be considered the Defendants' Motion for Extension of Deadlines in the Rule 16 Scheduling Order and, after reviewing the pleadings, it appears to the Court that the motion should be GRANTED;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants Motion for Extension of Deadlines set out in the Rule 16 Scheduling Order of August 20, 2004 is hereby GRANTED and the Non-Dispositive motion deadline and Joint Pretrial Order deadline of February 11, 2005 as well as the Final Pretrial Conference date which was reset to April 5, 2005 by order of January 25, 2005 are hereby continued pending further order of this Court.

IT IS FURTHER ORDERED that Century Surety Company and the Ghilain

Defendants will file dispositive motions by March 4, 2005, and replies to these motions by April 22, 2005 pursuant to the Court's Scheduling Order of January 14, 2005.

IT IS FURTHER ORDERED that the Essex Insurance Company will file dispositive motions regarding the Century Surety Company claim by May 12, 2005, and will file replies to dispositive Motions by May 22, 2005.

The Court will issue a new scheduling order providing other new deadlines.

SIGNED this 14 day of February, 2005.

JUDGE PRESIDING

Copies to:

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Mr. James M. Tompkins
Ms. Mary Lou Muro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
1301 McKinney Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER,
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232


ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF DEADLINES
roel\motions\24247.(revisedorder.grant)extend

Page 2