United States District Court
Southern District of Texas
FILED

MAR 0 2 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE CO., <br> Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-79 |
| AMBERJACK'S BAR & GRILL, et al. <br> Defendants. | § § § | |

| | | |
|---|---|---|
| CENTURY SURETY COMPANY <br> Plaintiff, | § § § | |
| vs. | § § | |
| DANIEL B. GHILAIN; LEEANNE GHILAIN; et al. <br> Defendants. | § § § § | |

### PLAINTIFF CENTURY SURETY COMPANY'S MOTION
### FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes *Century Surety Company* (hereinafter referred to as Plaintiff or "Century"), and files this, its Motion for Leave to File Plaintiff's First Amended Complaint, and would respectfully show unto this Court as follows:

### A. INTRODUCTION

1.  Plaintiff is Century Surety Company; Defendants are Daniel B. Ghilain, LeeAnne Ghilain and Essex Insurance Company (collectively "Defendants").

2.  On September 28, 2004, Plaintiff brought this declaratory judgment action against Defendants under Cause No. B-04-172 regarding whether Century's duty of defense and/or indemnity is triggered in an underlying lawsuit entitled *Judy Lemmons v. Daniel B. Ghilain and*

*LeeAnne Ghilain*, Cause No. 2004-01-00536E in the 357th Judicial District Court of Cameron County, Texas (hereinafter referred to as "Underlying Lawsuit"). The Underlying Lawsuit stems from defamatory statements allegedly made by the Ghilains about Judy Lemmons.

3.  Essex Insurance Company filed a declaratory judgment action against Amberjack's Bar & Grill, Inc. and Danny Ghilain Trust in Cause No. B-04-79 to determine coverage issues related to the same Underlying Lawsuit.

4.  Daniel and LeeAnne Ghilain did not file their answer in the coverage action initiated by Century until December 28, 2004.

5.  On January 13, 2005, the Court ordered Cause No. B-04-172 be consolidated with Cause No. B-04-79 and all additional pleadings styled as Cause No. B-04-79.

6.  Century files this Motion for Leave to File Plaintiff's First Amended Complaint (Plaintiff's First Amended Complaint is attached hereto as Exhibit "A" and incorporated by reference as if set out in full herein) to include the following additional paragraphs and alternative grounds for relief:

> 14. The Policy issued by Century includes, under **SECTION II – WHO IS AN INSURED** as follows:
>
> **SECTION II – WHO IS AN INSURED**
>
> 1.  If you are designated in the Declaration as:
>
>     > d.  An organization other that a partnership, joint venture, or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your offices of directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.
>
> 2.  Each of the following is also an insured:
>
>     > a.  Your "volunteer workers" only while performing

2

        duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

15. The Ghilains are not insureds under the Policy because the statements made by the Ghilains about Lemmons as alleged in the underlying lawsuit were not made with respect to the Ghilains' duties as an officer or director, the Ghilains' liability as stockholders, or as an employee were not made within the scope of the Ghilains' employment while performing duties related to the conduct of Amberjack's business.

## B. ARGUMENT

7. Unless the opposing party can show prejudice, bad faith, or undue delay, a Court should grant leave to file an amended pleading. *See Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

8. The Court should allow the filing of Plaintiff's First Amended Complaint because Defendants will not be prejudiced by Plaintiff's First Amended Complaint. Plaintiff would show the Final Pretrial Conference is scheduled for April 5, 2005, over one month from the date Plaintiff seeks to file its First Amended Complaint giving Defendants ample time to formulate defenses to the new grounds alleged. Further, Plaintiff will be prejudiced if not allowed to file Plaintiff's First Amended Complaint because viable grounds in support of Plaintiff's declaratory judgment action would not be addressed by this Court.

9. Plaintiff is filing Plaintiff's First Amended Complaint along with this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, *Century Surety Company*, ask this Court to GRANT this Motion for Leave to File Plaintiff's First Amended Complaint.

3

Respectfully submitted,

CURNEY, GARCIA, FARMER,
 PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
(210) 377-1990 (telephone)
(210) 377-1065 (facsimile)

_____
**Wm. David Farmer**
State Bar No. 06826470

*Attorney for Century Surety Company*

## CERTIFICATE OF CONFERENCE

Plaintiff Century has conferred and this motion is opposed by Defendants Daniel B. Ghilain, LeeAnne Ghilain, Amberjack's Bar & Grill, and Danny Ghilain Trust. This motion is unopposed by Defendant/Plaintiff Essex Insurance Company.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by hand delivery, facsimile, and/or certified mail, return receipt requested, on the 28th day of February, 2005:

| *Via CMRRR #7004 2510 0002 8794 6894*<br>James M. Tompkins<br>Mary Lou Mauro<br>Galloway, Johnson, Tompkins,<br>   Burr & Smith<br>3555 Timmons Lane, Suite 1225<br>Houston, Texas 77027<br>*Attorneys for Plaintiff Essex Insurance Company* | *Via CMRRR #7004 2510 0002 8794 6900*<br>Jeffrey D. Roerig<br>Roerig, Oliveira, & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520<br>*Attorney for Defendants Daniel B. Ghilain, LeeAnne Ghilain, Amberjack's Bar & Grill, and Danny Ghilain Trust* |

**Wm. David Farmer**