IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE CO., <br> Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. B-04-79 |
| AMBERJACK'S BAR & GRILL, et al. <br> Defendants. | § § § § | |
| | | |
| CENTURY SURETY COMPANY <br> Plaintiff, | § § § | |
| vs. | § § | |
| DANIEL B. GHILAIN; LEEANNE GHILAIN; et al. <br> Defendants. | § § § § | |

### ORDER ON PLAINTIFF CENTURY SURETY COMPANY'S
### MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

On _____, 2005, the Court considered Plaintiff Century Surety Company's Motion for Leave to File Plaintiff's First Amended Complaint. After considering the Motion and the Court's file, the Court GRANTS Plaintiff Century Surety Company's Motion for Leave to File Plaintiff's First Amended Complaint.

SIGNED AND ENTERED this _____ day of _____, 2005.

_____
JUDGE