United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE CO., <br> Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-79 |
| AMBERJACK'S BAR & GRILL, et al. <br> Defendants. | § § § | |
| | | |
| CENTURY SURETY COMPANY <br> Plaintiff, | § § § | |
| vs. | § § | |
| DANIEL B. GHILAIN; LEEANNE <br> GHILAIN; et al. <br> Defendants. | § § § § | |

### ORDER ON PLAINTIFF CENTURY SURETY COMPANY'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

On __3 MARCH__, 2005, the Court considered Plaintiff Century Surety Company's Motion for Leave to File Plaintiff's First Amended Complaint. After considering the Motion and the Court's file, the Court GRANTS Plaintiff Century Surety Company's Motion for Leave to File Plaintiff's First Amended Complaint.

SIGNED AND ENTERED this __3__ day of __MARCH__, 2005.

_____
JUDGE

J:\FILES\1743\1743.010\Motions\Order Granting Leave.Amend Complaint.doc