# EXHIBIT E

CAUSE NO. 2004-01-00536-E

| | | |
|---|---|---|
| JUDY LEMMONS<br>*Plaintiff* | § § § | IN THE DISTRICT COURT |
| VS. | § § § | 357th JUDICIAL DISTRICT |
| DANIEL B. GHILAIN<br>AND LEEANNE GHILAIN<br>*Defendants* | § § § | CAMERON COUNTY, TEXAS |

## ORDER

BE IT REMEMBERED that on the 12th day of January, 2005, came on to be heard **Plaintiffs' Motion For Partial Non-suit of Defendant Daniel B. Ghilian, only** and the Court being of the opinion that said motion should be GRANTED,

IT IS, THEREFORE, ORDERED that Defendant **Daniel B. Ghilian** be non-suited by the Plaintiff **Judy Lemmons**, only, without prejudice and that costs of court be taxed on Plaintiffs.

SIGNED FOR ENTRY this 12th day of January, 2005.

_____
JUDGE PRESIDING

COPIES TO: JAN 24 2005

R.W. Armstrong
**R. W. ARMSTRONG & ASSOCIATES, P.C.**
2600 Old Alice Rd., Suite A
Brownsville, Texas 78521

Reynaldo Garza Jr.
**Garza & Garza, L.L.P.**
680 E. St. Charles, Ste. 300
Brownsville, Texas 78522-2025

FILED 8:30 O'CLOCK A M
AURORA DE LA GARZA, DIST. CLERK

JAN 13 2005

DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY

**EXHIBIT E**

Case Files Lemmons, Judy [04-754]hm MOTIONS:Nonsuit - D.Guillian
- 3 -

CAUSE NO. 2004-01-00536-E

| | | |
|---|---|---|
| JUDY LEMMONS<br>*Plaintiff* | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | 357th JUDICIAL DISTRICT |
| DANIEL B. GHILAIN<br>AND LEEANNE GHILAIN<br>*Defendants* | §<br>§ | CAMERON COUNTY, TEXAS |

## PLAINTIFF MOTION FOR PARTIAL NONSUIT OF DEFENDANT DANIEL B. GHILAIN

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME PLAINTIFF JUDY LEMMONS Plaintiff, and moves this Court for an order of partial non-suit against Defendants **Daniel B. Ghilain and Leeanne Ghilain** and in support hereof would respectfully show:

I.

Plaintiff **JUDY LEMMONS**, no longer desires to prosecute her cause against Defendant **Daniel B. Ghilain** in the 357th Judicial District Court of Cameron County, Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **JUDY LEMMONS** prays that this Court enter an order dismissing, from this cause against Defendant **Daniel B. Ghilain**, only and without prejudice and with costs taxed to Plaintiff.

RESPECTFULLY SUBMITTED,

R.W. ARMSTRONG & ASSOCIATES, P.C.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
Telephone: (956) 546-5556
Telecopier: (956) 546-0470
BY: _____
R.W. Armstrong
Texas State Bar No. 01323500
ATTORNEY FOR PLAINTIFFS

Case Files.Lemmons, Judy [04-754]hm:MOTIONS:Nonsuit - D.Guillian
- 1 -

**EXHIBIT E**

## CERTIFICATE OF SERVICE

I, R.W. Armstrong, hereby certify that the foregoing PLAINTIFF MOTION FOR PARTIAL NONSUIT OF DEFENDANT was this ___ day of January, 2005, sent by fax;

Reynaldo Garza Jr.
**Garza & Garza, L.L.P.**
680 E. St. Charles, Ste. 300
Brownsville, Texas 78522-2025

R.W. Armstrong

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § § § § | |
| VS. | § | CIVIL ACTION NO. B-04-172 |
| | § § | |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § § § | |

## AFFIDAVIT

| | |
|---|---|
| THE STATE | § § |
| OF TEXAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared JEFFREY D. ROERIG, and after being duly sworn, deposes and says:

"My name is JEFFREY D. ROERIG. I am over the age of 18 years, am competent to testify herein, and have personal knowledge of the facts stated herein.

I am counsel for the Defendants in the above-styled and numbered causes of action.

EXHIBIT F

Affidavit - Page 1

The attachments to Defendants' Motion for Summary Judgment are true and correct copies of the pleadings filed in the underlying case.

I have personal knowledge of all matters stated in this affidavit. All statements are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Jeffrey D. Roerig

SUBSCRIBED AND SWORN TO BEFORE ME by the said Jeffrey D. Roerig, affiant, to which witness my hand and seal of office on this the sworn to before me on this the 4th day of March, 2005.

_____
Ruth Monk
Notary Public for the State of Texas



Page 2