## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ESSEX INSURANCE COMPANY** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-04-079** |
| | § | |
| **AMBERJACK'S BAR & GRILL, INC.** | § | |
| **AND DANNY GHILAIN TRUST** | § | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-04-172** |
| | § | |
| **DANIEL B. GHILAIN, LEEANNE** | § | |
| **GHILAIN; AND ESSEX INSURANCE** | § | |
| **COMPANY** | § | |

## ORDER SETTING HEARING ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants' Motion for Summary Judgment having been presented to me, the same is hereby set for hearing on the _____ day of _____, 2005, at ___ o'clock _.m. in the courtroom of the United States District Court, Southern Division, Brownsville, Texas.

SIGNED this _____ day of March, 2005.

_____
JUDGE PRESIDING

**Copies to:**

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX   78232