IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-172 |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § § § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this the _____ day of _____, 2005, the Court considered Defendant LEEANNE GHILAIN'S Motion for Summary Judgment. After considering the Motion, Responses filed (if any), and the Court's file, the Court GRANTS Defendants' Motion for Summary Judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that summary judgment is entered in favor of Defendants and against Plaintiff, CENTURY SURETY COMPANY, declaring that Plaintiff CENTURY has a duty to defend DANIEL B. GHILAIN or LEEANNE GHILAIN in the underlying lawsuit entitled *Judy Lemmons v. Daniel B. Ghilain*

*and LeeAnne Ghilain,* currently pending in the 357th Judicial District Court of Cameron County, Texas, Cause No. 2004-01-536-E.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, LEEANNE GHILAIN and DANIEL B. GHILAIN have and recover a fair and reasonable attorney's fee for the prosecution of this action for declaratory judgment. The Court will hold further proceedings if the parties fail to agree to the amount of such fee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all costs of court are to be paid by the party incurring the same.

SIGNED AND ENTERED this ____ day of _____, 2005, in Brownsville, Texas.

_____
JUDGE PRESIDING

**Copies to:**

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232