IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE CO.,<br>Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-79 |
| AMBERJACK'S BAR & GRILL, et al.<br>Defendants. | § § § | |

| | |
|---|---|
| CENTURY SURETY COMPANY<br>Plaintiff, | § § § |
| vs. | § § § |
| DANIEL B. GHILAIN; LEEANNE<br>GHILAIN; et al.<br>Defendants. | § § § |

State of Ohio                    §
                                 §
County of Delaware               §

Before me the undersigned authority personally appeared Robin Leibrock, who, being by

me duly sworn, deposed as follows:

1.      "My name is Robin Leibrock. I am the claims attorney for Century Surety

Company ("Century"). Because of my position with Century, I have personal knowledge of the

facts set forth herein and they are true and correct. I am over 21 years of age, of sound mind, and

otherwise fully capable of making this affidavit.

2.      Exhibit B of Plaintiff Century Surety Company's Motion for Summary Judgment

is a true and correct copy of Policy Number CCP 249319 issued by Century to Amberjacks Bar

& Grill, Inc. dba Amberjacks Bar & Grill that was in effect from March 4, 2003 to March, 4,

2004."

C:\WINNT\Temporary Internet Files\OLK6F7\Affidavit - Robin Leibrock.doc

EXHIBIT

\# ___C___

Further Affiant sayeth not.

Robin Leibrock
Claims Attorney


Sworn and subscribed to before me on this the ____|____ of ~~February~~ March, 2005.


Notary Public, State of Ohio

MICHELLE M. MYERS
Notary Public, State of Ohio
My Commission Expires August 7, 2006

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ESSEX INSURANCE CO.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-04-79** |
| | § | |
| **AMBERJACK'S BAR & GRILL, et al.** | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **DANIEL B. GHILAIN; LEEANNE** | § | |
| **GHILAIN; et al.** | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF WM. DAVID FARMER**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF BEXAR** | § |

On this day, Wm. David Farmer appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

1.    "My name is Wm. David Farmer and I am an attorney for Century Surety Company in the above-captioned litigation. I am over the age of 21 years and am competent and capable of making this affidavit. The statements contained herein are within my personal knowledge and are true and correct.

2.    Because of my position as an attorney for Century Surety Company; I have personal knowledge of the facts stated herein.

**EXHIBIT**

J:\FILES\1743\1743.010\Affidavit - David Farmer - msj.doc    #    D

3.      Exhibit A of Plaintiff Century Surety Company's Motion for Summary Judgment

is a true and correct copy of Plaintiff's Second Amended Petition filed in *Judy Lemmons v.*

*Daniel B. Ghilain and LeeAnne Ghilain,* Cause No. 2004-01-00536E in the 357th Judicial

District Court, Cameron County, Texas."

Further Affiant sayeth not.



_____
**Wm. David Farmer**

SWORN TO and SUBSCRIBED before me by Wm. David Farmer on March 1st, 2005.

_____
Notary Public in and for the State of Texas

CHRISTINA MENDEZ
MY COMMISSION EXPIRES
DECEMBER 8, 2008

J:\FILES\1743\1743.010\Affidavit - David Farmer - msj.doc