IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE CO., <br> Plaintiff, <br><br> vs. <br><br> AMBERJACK'S BAR & GRILL, et al. <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-04-79 |
| CENTURY SURETY COMPANY <br> Plaintiff, <br><br> vs. <br><br> DANIEL B. GHILAIN; LEEANNE GHILAIN; et al. <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |

### ORDER GRANTING PLAINTIFF CENTURY SURETY COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS DANIEL B. GHILAIN AND LEEANNE GHILAIN

On _____, 2005, the Court considered Plaintiff Century Surety Company's Motion for Summary Judgment. After considering the Motion, Responses filed (if any), and the Court's file, the Court GRANTS Plaintiff Century Surety Company's Motion for Summary Judgment.

It is hereby ORDERED, ADJUDGED AND DECREED that summary judgment is entered in favor of Plaintiff Century Surety Company and against Defendants Daniel B. Ghilain and LeeAnne Ghilain;

It is further, ORDERED, ADJUDGED AND DECREED that Plaintiff Century has no duty to defend Daniel B. Ghilain or LeeAnne Ghilain in the Underlying Lawsuit entitled *Judy*

*Lemmons v. Daniel B. Ghilain and LeeAnne Ghilain*, currently pending in the 357th Judicial District Court in Cameron County, Texas, Cause No. 2004-01-00536-E.

It is further, ORDERED, ADJUDGED AND DECREED that Plaintiff Century has no duty to indemnify Daniel B. Ghilain or LeeAnne Ghilain in the Underlying Lawsuit entitled *Judy Lemmons v. Daniel B. Ghilain and LeeAnne Ghilain*, currently pending in the 357th Judicial District Court in Cameron County, Texas, Cause No. 2004-01-00536-E.

It is further, ORDERED, ADJUDGED AND DECREED that all costs of court are to be paid by the party incurring the same.

SIGNED AND ENTERED this _____ day of _____, 2005.

_____
JUDGE

J:\FILES\1743\1743.010\Motions\Order Granting P MSJ.1.doc