# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| ESSEX INSURANCE CO., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. | § | |
| ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL              _____ CRIMINAL

**TAKE NOTICE that a telephonic conference in this case is hereby set for the date and time set forth below:**

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**
(**CONFERENCE WILL BE INSINUATED BY PLAINTIFFS' COUNSEL**)

DATE OF CONFERENCE:                                    COURT TELEPHONE NUMBER:

**MARCH 9, 2005 AT 10:30 A.M.**                              **(956) 548-2570**

*[signature]*
John Wm. Black
United States Magistrate Judge

DATE:   MARCH 8, 2005

TO:     MR. JAMES M. TOMPKINS
        MS. MARY LOU MAURO
        MR. WILLIAM D. FARMER
        MR. JEFFREY D. ROERIG
        MR. RICARDO MORADO