IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 9 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESSEX INSURANCE CO.,<br>Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. B-04-79 |
| | § § | |
| AMBERJACK'S BAR & GRILL, et al.<br>Defendants. | § § | |

| | | |
|---|---|---|
| CENTURY SURETY COMPANY,<br>Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. B-04-172 |
| | § | |
| DANIEL GHILAIN,<br>LEEANNE GHILIAN, et al.<br>Defendants. | § § § | |

## ORDER

On March 9, 2005, a telephonic conference was scheduled in response to certain inquiries concerning a Scheduling Order (Docket No. 26) and Final Pretrial Conference dates (Docket No. 12).

The following deadlines are reset by the undersigned Judge.

    Final Pretrial Conference is set for October 4, 2005 at 1:30 p.m. before Judge Andrew S. Hanen.

    Jury Selection is set for October 5, 2005 at 9:00 a.m. before Judge Andrew S. Hanen.

    Trial is set for October, 2005.

DONE at Brownsville, Texas, this 9th day of March, 2005.

John Wm. Black
United States Magistrate Judge