CERTIFIED COPY

IN THE 357th JUDICIAL DISTRICT COURT

OF CAMERON COUNTY, TEXAS

CAUSE NO. 2004-01-536-E

| | |
|---|---|
| JUDY LEMMONS,<br>*Plaintiff* | §<br>§<br>§ |
| VS. | §<br>§ |
| LEEANNE GHILAIN,<br>*Defendant* | §<br>§<br>§ |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANT LEEANNE GHILAIN

On February 10, 2005, came on to be considered the MOTION FOR SUMMARY JUDGMENT OF DEFENDANT LEEANNE GHILAIN, filed herein on October 5, 2004, and the Court, after examining the pleadings timely filed, the Motion for Summary Judgment evidence, the Plaintiff's Responses (Oppositions) to the Motion for Summary Judgment, the Plaintiff's Summary Judgment evidence admitted for consideration, and the Defendant's First Amended Reply, being of the opinion that Defendant's Objection to Paragraph No. 4 of the CRITTENDEN Affidavit should be granted, that Defendant's Objection to the deposition testimony of the Plaintiff set out in No.'s 3, 4 & 5 on page 7 of Plaintiff's (2nd) Supplemental Response, filed herein on February 2, 2005, should be granted, that Defendant's CRITTENDEN Motion should be denied and that Defendant's DAVILA Motion and Defendant's "no evidence" Motion should both be granted, it is ORDERED, ADJUDGED and DECREED that:

1. Paragraph No. 4 of the Affidavit of GAIL ANN CRITTENDEN is hearsay, has been properly and timely objected to by Defendant LEEANNE GHILAIN, is not competent Summary Judgment evidence and shall not be considered by the



ORDER GRANTING PARTIAL SUMMARY JUDGMENT
IN FAVOR OF DEFENDANT LEEANNE GHILAIN
c:\rgg\cf\Amberjacks\Ordr-grant-partial-sj-LG

Page 1



EX 1

# CERTIFIED COPY

Court in determining the Motion for Summary Judgment of Defendant LEEANNE GHILAIN;

2. The deposition testimony of Plaintiff JUDY LEMMONS, set out in No.'s 3, 4 & 5 on page 7 of Plaintiff's (2nd) Supplemental Response, filed herein on February 2, 2005, is hearsay, has been properly and timely objected to by Defendant LEEANNE GHILAIN, is not competent Summary Judgment evidence and shall not be considered by the Court in determining the Motion for Summary Judgment of Defendant LEEANNE GHILAIN;

3. The CRITTENDEN Motion for Partial Summary Judgment by Defendant LEEANNE GHILAIN is denied;

4. The DAVILA Motion for Partial Summary Judgment by Defendant LEEANNE GHILAIN is granted and it is ADJUDGED and DECREED that Defendant LEEANNE GHILAIN did not make any slanderous statement about Plaintiff JUDY LEMMONS to TONI DAVILA;

5. The "no evidence" Motion for Partial Summary Judgment by Defendant LEEANNE GHILAIN is granted and it is ADJUDGED and DECREED that, except for the alleged statement by Defendant LEEANNE GHILAIN to GAIL ANN CRITTENDEN, Defendant LEEANNE GHILAIN did not make any slanderous statement about Plaintiff JUDY LEMMONS to anyone; and

6. Only the following alleged slanderous statement remains at issue between Plaintiff JUDY LEMMONS and Defendant LEEANNE GHILAIN, to-wit: did Defendant LEEANNE GHILAIN make an alleged slanderous statement about Plaintiff JUDY LEMMONS to GAIL ANN CRITTENDEN as set out in Paragraph No. 3 of the Affidavit of GAIL ANN CRITTENDEN.

So ordered this the _17_ day of _July_, 2005.

COPIES TO: 2/18/05
HON R W ARMSTRONG
HON REYNALDO GARZA JR

JUDGE PRESIDING

FILED _____ O'CLOCK ___ M
AURORA DE LA GARZA DIST CLERK

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT
IN FAVOR OF DEFENDANT LEEANNE GHILAIN**
c:\ngg\of\Amberjacks\Ordr-grant-partial-sj-LG

FEB 17 2005

DISTRICT COURT TEXAS
BY _____ DEPUTY