**CERTIFIED COPY**

IN THE 357th JUDICIAL DISTRICT COURT

OF CAMERON COUNTY, TEXAS

CAUSE NO. 2004-01-536-E

| | |
|---|---|
| JUDY LEMMONS,<br>*Plaintiff* | §<br>§<br>§ |
| VS. | §<br>§ |
| LEEANNE GHILAIN,<br>*Defendant* | §<br>§<br>§<br>§ |

## ORDER OF SEVERANCE

On the 14th day of April, 2005, came on to be considered, upon due Notice to the Plaintiff, the DEFENDANT'S MOTION TO SEVER, filed herein on March 9, 2005, and the Court, after considering the pleadings, the Motion, all papers on file and the arguments of Counsel, is of the opinion that the Motion should be granted, therefore IT IS ORDERED that:

1. DEFENDANT'S MOTION TO SEVER, filed herein on March 9, 2005, be and the same is hereby granted;

2. All claims and causes of action for slander by Plaintiff JUDY LEMMONS against the Defendant LEEANNE GHILAIN, except for the "CRITTENDEN claim" defined below, said claims and causes of action hereinafter sometimes referred to as the "other claims", are hereby severed from the CRITTENDEN claim;

3. The CRITTENDEN claim, i.e. an alleged slanderous statement about Plaintiff, allegedly made by Defendant LEEANNE GHILAIN to GAIL ANN CRITTENDEN as set out in Paragraph No. 3 of the AFFIDAVIT OF GAIL ANN CRITTENDEN, filed herein on January 6, 2005, as Exhibit "A" to

**CERTIFIED COPY**

PLAINTIFF'S RESPONSE TO DEFENDANT LEEANNE GHILAIN'S MOTION FOR SUMMARY JUDGMENT, which Paragraph No. 3 states the following:

> 3. I knew that Judy Lemmons left the employment of Amberjacks in January of 2003 but I did not know why, but I had heard rumors. During an evening shift I believe in March of 2003 after Judy Lemmons was no longer employed, I was speaking with LeeAnne Ghilain at the bar in Amberjacks when LeeAnne Ghilain asked me if I had heard the rumors concerning Judy Lemmons. I told her yes that I had heard rumors and then LeeAnne Ghilain stated **"Judy Lemmons had embezzled money from Amberjacks to the tune of $200,000.00"**. That was the end of the conversation and I walked away from where LeeAnne Ghilain was seated at the bar having diner.

and only the CRITTENDEN claim, shall remain in this Cause No. 2004-01-536-E;

4. The other claims, i.e. all claims and causes of action for slander by Plaintiff JUDY LEMMONS against the Defendant LEEANNE GHILAIN, except for the CRITTENDEN claim, shall be, and are hereby, made the subject of a separate action to be styled JUDY LEMMONS, Plaintiff vs. LEEANNE GHILAIN, Defendant, and bear Cause No. 2005-____-_____-E;

5. Upon entry of this ORDER OF SEVERANCE this Court's February 17, 2005, ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANT LEEANNE GHILAIN shall become a final and appealable judgment; and

6. All costs of Court are carried along in, and shall be awarded in, Cause No. 2004-01-536-E.

So ordered and entered on this the ___ day of _____, 2005.

_____
JUDGE PRESIDING

COPIES TO :
HON REYNALDO G GARZA JR
HON R W ARMSTRONG

**ORDER OF SEVERANCE**
c:\rgg\cl\Amberjacks\order-of-severance

Page 2