IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 26 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **ESSEX INSURANCE COMPANY** | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| **AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST** | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY** | § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-04-172 |
| **DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY** | § § § | |

## NOTICE OF MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DANNY GHILAIN, LEEANNE GHILAIN, AMBERJACK'S BAR & GRILL and DANNY GHILAIN TRUST, Defendants in the above styled and numbered civil actions, and file this their Notice of Mediation and would show the Court the following:

### I.

### AGREED MEDIATION

The above-named parties, together with all other parties to this litigation and the parties in the underlying case, JUDY LEMMONS and LEEANNE GHILAIN, have agreed to participate in a mediation scheduled before Honorable Leo Salzman on June 23, 2006.

rom\motions\24247.noticemediation

NOTICE OF MEDIATION - Page 1

**II.**

These Defendants, therefore, request that the Court withhold its ruling on the Motions for Summary Judgment until after the date of the Mediation.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700
ATTORNEYS FOR DANNY GHILAIN,
LEEANNE GHILAIN, AMBERJACK'S
AND DANNY GHILAIN TRUST

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded, via facsimile to the Attorneys of Record, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232

on this 26th day of May, 2005.

_____
JEFFREY D. ROERIG

rom\motions\24247.noticemediation

NOTICE OF MEDIATION - Page 2