ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW

United States District Court
Southern District of Texas
FILED

JUL 0 8 2005

Michael N. Milby
Clerk of Court

Jeffrey D. Roerig◆†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

D. Alan Erwin, Jr.†
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
    Personal Injury Trial Law
    Texas Board of Legal Specialization

◆Board Certified -
    Civil Trial Law
    Texas Board of Legal Specialization

July 7, 2005

File No.:
24,247
24,556

Hon. John Wm. Black
U. S. Magistrate
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison
Brownsville, Texas  78520

> Re:    Civil Action No. B-04-079
> *Essex Insurance Company v. Amberjack's Bar & Grill, Inc.*
> *and Danny Ghilain Trust*
>
> Civil Action No. B-04-172
> *Century Surety Company v. Daniel B. Ghilain,*
> *Leeanne Ghilain and Essex Insurance Company*

Dear Judge Black:

The parties held a mediation of this case and the underlying tort litigation on June 23, 2005.

At that mediation, the Ghilains and their insurance carriers reached an agreement that funded a settlement between the Ghilains and Judy Lemmons, the Plaintiff in the underlying lawsuit.

Hon. John Wm. Black
July 7, 2005
Page 2


The parties to the lawsuits that are pending before you settled certain matters between themselves; however, the final determination of which of the parties will ultimately bear the cost of the settlement with the Plaintiff, still requires your determination of the matters submitted to you in the parties' cross-motions for summary judgment. Some of the subordinate issues regarding court costs and attorney's fees also depend upon your determination of those cross-motions for summary judgment.

While the parties before you are willing to submit to you their settlement contract with the underlying Plaintiff and their separate settlement contract with each other, the parties would prefer that this notice suffice to allow you to continue consideration and ruling on the cross-motions for summary judgment.

Very truly yours,

ROERIG, OLIVEIRA & FISHER, L.L.P.

By    Jeff Roerig w/permission
      Jeffrey D. Roerig

JDR/rom
Enclosures
cc:    Mr. James M. Tompkins/Ms. Mary Lou Mauro  -    Via Facsimile
       Mr. Wm. David Farmer                      -    Via Facsimile