IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br>　　Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§   CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC.,<br>and DANNY GHILAIN TRUST,<br>　　Defendants. | §<br>§<br>§<br>§ |

## ORDER

Plaintiffs and Defendants in this case have filed motions for summary judgment. Pursuant to the Scheduling Order of March 9, 2005, (Docket No. 37) entered by District Judge Andrew S. Hanen, this case is set for a Final Pretrial Conference on October 4, 2005, and Jury Selection on October 5, 2005.

In light of the cross motions for summary judgment filed by the parties in this case, the current trial setting and all related scheduling order deadlines are PASSED. The Magistrate Judge's Report and Recommendation is forthcoming.

DONE at Brownsville, Texas, this 16th day of September, 2005.

_____
John Wm. Black
United States Magistrate Judge