United States District Court
Southern District of Texas
FILED

SEP 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ESSEX INSURANCE COMPANY** | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-079 |
| **AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST** | § § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY** | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-172 |
| **DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY** | § § § § | |

## MOTION TO WITHHOLD THE COURT'S RULING ON MOTIONS FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DANNY GHILAIN, LEEANNE GHILAIN, AMBERJACK'S BAR & GRILL and DANNY GHILAIN TRUST, Defendants in the above styled and numbered civil actions, and file this their Motion to Withhold the Court's Ruling on Motions for Summary Judgment and would show the Court the following:

### I.

### AGREEMENT REACHED AT MEDIATION

The above-named parties, together with all other parties to this litigation and the parties in the underlying case, JUDY LEMMONS and LEEANNE GHILAIN, agreed to participate in a mediation scheduled before Honorable Leo Salzman on June 23, 2006. The

case was settled at the mediation, but that settlement still requires rulings by the Court on the motions for summary Judgment in these cases.

## II.

The settling parties in the above-referenced Civil Actions have encountered complications in drafting the Compromise, Settlement and Release Agreement. The parties would therefore request that the Court withhold its final ruling on the motions for summary judgment and cross-motions for summary judgment until September 26, 2005, or after, to allow the parties to complete and sign the Compromise, Settlement and Release Agreement, which memorializes the parties' obligations under various possible rulings by the Court.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700
ATTORNEYS FOR DANNY GHILAIN,
LEEANNE GHILAIN, AMBERJACK'S
AND DANNY GHILAIN TRUST

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded, via facsimile to the Attorneys of Record, as follows:

Mr. James M. Tompkins
Ms. Mary Lou Mauro
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027

Mr. Wm. David Farmer
CURNEY, GARCIA, FARMER
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232

on this 16th day of September, 2005.

_____
JEFFREY D. ROERIG

## CERTIFICATE OF CONSULTATION

I, Jeffrey Roerig, certify that Counsel of Record was contacted regarding the merits of the above motion.

Wm. David Farmer, Attorney for Century Surety Company, is opposed to the granting of Defendants' Motion to Withhold the Court's Ruling on Motions for Summary Judgment.

Mary Lou Mauro, Attorney for Essex Insurance Company, is opposed/~~unopposed~~ to the granting of Defendants' Motion to Withhold the Court's Ruling on Motions for Summary Judgment.

_____
JEFFREY D. ROERIG