IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-172 |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § § § § | |

### ORDER SETTING HEARING ON DEFENDANTS' MOTION TO WITHHOLD THE COURT'S RULING ON MOTIONS FOR SUMMARY JUDGMENT

On this day came on to be considered Defendants' Motion to Withhold the Court's Ruling on Motions for Summary Judgment, and the Court is of the opinion that said motion should be heard.

IT IS THEREFORE ORDERED that Defendants' Motion to Withhold the Court's Ruling on Motions for Summary Judgment be set for hearing on the _____ day of _____, 2005, at _____ o'clock _____.m.

SIGNED for Entry this _____ day of _____, 2005, at Brownsville, Texas.

_____
JUDGE PRESIDING