IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-04-172 |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § § § § | |

### ORDER GRANTING DEFENDANTS' MOTION TO WITHHOLD THE COURT'S RULING ON MOTIONS FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on this day the Court considered Defendants' Motion to Withhold the Court's Ruling on Motions for Summary Judgment. After considering the pleadings on file herein and hearing the arguments of counsel, if any, the Court is of the opinion that there is good cause to grant the motion.

IT IS, THEREFORE, ORDERED that Defendants' Motion to Withhold the Court's Ruling on Motions for Summary Judgment until September 26, 2005, or thereafter, is hereby GRANTED in order to allow the parties to finalize and execute a Compromise, Settlement and Release Agreement in the above-referenced Civil Actions.

SIGNED for Entry this ____ day of _____, 2005, at Brownsville, Texas.

_____
PRESIDING JUDGE