IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br>    Plaintiff,<br><br>VS.<br><br>AMBERJACK'S BAR & GRILL, INC.<br>and DANNY GHILAIN TRUST,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-04-079

| | |
|---|---|
| CENTURY SURETY COMPANY<br>    Plaintiff,<br><br>VS.<br><br>DANIEL B. GHILAIN, LEEANNE<br>GHILAIN; and ESSEX INSURANCE<br>COMPANY,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

# ORDER

Pending is the Magistrate Judge's November 30, 2005, Report and Recommendation in the above-referenced cause of action. [Docket No. 46]  No objections have been lodged by either side and the time for doing so has expired.  Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**, that Essex Insurance Company's Motion for Summary Judgment and Century's Motion for Summary Judgment [Docket Nos. 17 and 35 respectively] are **GRANTED** and the

1

Ghilain Trust's and the Ghilains' Motions for Summary Judgment [Docket Nos. 21 and 34 respectively] are **DENIED**.

Signed this 4th day of January, 2006.

                                                Andrew S. Hanen
                                                United States District Judge