IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

## ORDER

| | | |
|---|---|---|
| ESSEX INSURANCE CO.,<br>　　　Plaintiff, | § § § | |
| VS. | § § | |
| AMBERJACK'S BAR & GRILL,<br>INC., and DANNY GHILAIN TRUST,<br>　　　Defendants. | § § § § § § | CIVIL ACTION NO. B-04-079 |
| CENTURY SURETY COMPANY,<br>　　　Plaintiff, | § § § § | |
| VS. | § § | |
| DANIEL B. GHILAIN, LEEANNE<br>GHILAIN, and ESSEX INSURANCE<br>CO.,<br>　　　Defendants. | § § § § § | |

TYPE OF CASE:　　　___x___ CIVIL　　　_____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TX** | **SECOND FLOOR COURTROOM, #2**<br><br>DATE AND TIME:<br><br>**JUNE 13, 2006 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:　　MAY 4, 2006