United States District Court
Southern District of Texas
FILED

JUN 0 9 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-079 |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-04-172 |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § § § § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW ESSEX INSURANCE COMPANY and CENTURY SURETY COMPANY, Plaintiffs, and DANNY GHILAIN, LEEANNE GHILAIN, AMBERJACK'S BAR & GRILL and DANNY GHILAIN TRUST, Defendants, and file this their Joint Motion to Dismiss the above-styled and numbered Civil Actions and would show the Court the following:

I.

### AGREEMENT REACHED AT MEDIATION

The above-named parties, together with all other parties to this litigation and the parties in the underlying case, JUDY LEMMONS and LEEANNE GHILAIN, agreed to

rom\motions\24247.dismiss

JOINT MOTION TO DISMISS - Page 1

participate in a mediation scheduled before Honorable Leo Salzman on June 23, 2006. The case was settled at the mediation.

II.

Therefore, the Court is requested to dismiss this cause of action, with prejudice as to all claims against all the parties in this action, with costs to be paid by the party incurring same.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX 77027
(713) 599-0700
(713) 599-0777 (Fax)

By: _/s/ Mary Lou Mauro_____
   Mary Lou Mauro
   State Bar No. 13238520
   Federal ID No. 29682
ATTORNEY FOR ESSEX

CURNEY, GARCIA, FARMER,
   PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232-4854
(210) 377-1990
(210) 377-1065 (Fax)

By:_____
   Wm. David Farmer
   State Bar No. 06826470
   Federal ID No. 23137
ATTORNEY FOR CENTURY

participate in a mediation scheduled before Honorable Leo Salzman on June 23, 2006. The case was settled at the mediation.

## II.

Therefore, the Court is requested to dismiss this cause of action, with prejudice as to all claims against all the parties in this action, with costs to be paid by the party incurring same.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX  77027
(713) 599-0700
(713) 599-0777 (Fax)


By: _____
   Mary Lou Mauro
   State Bar No. 13238520
   Federal ID No. 29682
ATTORNEY FOR ESSEX


CURNEY, GARCIA, FARMER,
  PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX  78232-4854
(210) 377-1990
(210) 377-1065 (Fax)

By: _____
   Wm. David Farmer
   State Bar No. 06826470
   Federal ID No. 23137
ATTORNEY FOR CENTURY

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700
ATTORNEYS FOR DANNY GHILAIN,
LEEANNE GHILAIN, AMBERJACK'S
AND DANNY GHILAIN TRUST