IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

## ORDER

| | |
|---|---|
| ESSEX INSURANCE CO., <br>    Plaintiff, <br><br> VS. <br><br> AMBERJACK'S BAR & GRILL, INC., and DANNY GHILAIN TRUST, <br>    Defendants. <br><br><br> CENTURY SURETY COMPANY, <br>    Plaintiff, <br><br> VS. <br><br> DANIEL B. GHILAIN, LEEANNE GHILAIN, and ESSEX INSURANCE CO., <br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § §    CIVIL ACTION NO. B-04-079 |

TYPE OF CASE:    ___x___ CIVIL        _____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been cancelled.**

TYPE OF PROCEEDING:

**STATUS CONFERENCE SET BEFORE MAGISTRATE JUDGE JOHN WM. BLACK ON JUNE 13, 2006, AT 1:30 P.M. HAS BEEN <u>CANCELLED</u>.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 12, 2006