United States District Court
Southern District of Texas
ENTERED

JUN 1 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-079 |
| | § | |
| AMBERJACK'S BAR & GRILL, INC. AND DANNY GHILAIN TRUST | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-172 |
| | § | |
| DANIEL B. GHILAIN, LEEANNE GHILAIN; AND ESSEX INSURANCE COMPANY | § | |

## AGREED ORDER OF DISMISSAL

On this day in the above-entitled and numbered cause, wherein ESSEX INSURANCE COMPANY and CENTURY SURETY COMPANY are the Plaintiffs and DANNY GHILAIN, LEEANNE GHILAIN, AMBERJACK'S BAR & GRILL AND DANNY GHILAIN TRUST are the Defendants, came on the parties, and announced and made known to the Court that all matters in controversy between them had been compromised and settled and requested the Court to dismiss, with prejudice, said cause and all claims, actions and causes of action asserted by or which could have been asserted by the Plaintiffs against the Defendants, or by any of the parties against each other, arising out of the occurrence made the subject of this suit;

CURNEY, GARCIA, FARMER,
    PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232-4854
(210) 377-1990
(210) 377-1065 (Fax)

By: _____
    Wm. David Farmer
    State Bar No. 06826470
    Federal ID No. 23137
ATTORNEY FOR CENTURY

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
    Jeffrey W. Roerig
    Federal ID #1503
    State Bar #17161700
ATTORNEYS FOR DANNY GHILAIN,
LEEANNE GHILAIN, AMBERJACK'S
AND DANNY GHILAIN TRUST

And it appearing to the Court that all matters in controversy between the parties in said cause had been compromised and settled and no further dispute exists between the parties and that said cause, and all claims, actions, and causes of action asserted by Plaintiffs against Defendants in said cause should be dismissed with prejudice;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiffs against Defendants, or by any of the parties against each other, in this cause be, and they are hereby dismissed with prejudice as to the refiling of same;

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the costs of court incurred in this proceeding be taxed against the party incurring same, for which let execution issue if not timely paid.

SIGNED this 12th day of June, 2006.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
3555 Timmons Lane, Suite 1225
Houston, TX  77027
(713) 599-0700
(713) 599-0777 (Fax)

By: _____
    Mary Lou Mauro
    State Bar No. 13238520
    Federal ID No. 29682
ATTORNEY FOR ESSEX

rom\orders\24247.dismiss

AGREED ORDER OF DISMISSAL - Page 2